# Exhibit A

# YOU COULD SAVE THOUSANDS BY MAKING A SINGLE CALL !

American Money Centers, inc.℠

141 James P. Murphy Highway
West Warwick, RI 02893

Cynthia Dixon
[redacted]
Pawtucket, RI 02861-1578

**IMAGINE 1 PAYMENT FOR ALL YOUR BILLS BY MAKING 1 SIMPLE CALL**

APPROVED STATUS NUMBER
1022081706

Dear Cynthia,

Our research indicates you have built up enough equity in your house, along with your payment history, to consolidate all your bills into 1 single payment that could save you thousands.

You have already been pre-approved, and with interest rates still at historic lows, it's time to take advantage of this tremendous savings opportunity today!

## 3 EASY STEPS AND YOU'LL BE ON YOUR WAY...

1 **MAKE 1 SIMPLE CALL 1-800-993-5200 TOLL-FREE**
– It only takes 2 minutes –

2 **RECEIVE YOUR PRE-APPROVAL IN 30 MINUTES OR LESS**
– We make borrowing easy –

3 **WE'LL CLOSE YOUR LOAN IN AS LITTLE AS 10 DAYS**
– If you choose, we will come right to your home –

FREE APPRAISAL REPORT!

## BENEFITS YOU WILL RECEIVE

- Pay only 1 bill each month
- No out-of-pocket closing costs
- Skip up to 2 mortgage payments
- Pay off high interest credit cards
- Extra cash for any reason
- Get a tax deduction**
- Receive a free payment analysis

EXAMPLE

| Current Bills | Current Balance | Current Payment |
|---|---|---|
| Mortgage | $ 132,000.00 | $ 907.00 |
| Equity Loan | $ 22,500.00 | $ 241.00 |
| Credit Cards | $ 18,500.00 | $ 592.00 |
| Store Charges | $ 6,200.00 | $ 198.00 |
| Auto (other) | $ 14,600.00 | $ 438.00 |
| TOTAL | $ 193,800.00 | $ 2,376.00 |

YOUR NEW AMC LOAN 1 LOW PAYMENT OF $1,406

**YOU SAVE $970 EACH MONTH WITH YEARLY SAVINGS OF $11,640**

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll free 1-888-567-8688. See PRESECREEN & OPT-OUT NOTICE on the back side for more information about prescreened offers.

19793

# IT JUST DOESN'T GET ANY EASIER THAN THIS !

- When you call you will speak to one of our knowledgeable mortgage specialists who will explain in detail, what your options are, and what benefits you the most.
- Within 24 hours you will also receive your own personal payment analysis showing you exactly how much you will save.
- Because we have closing offices throughout the country, you can close in as little as 10 days, and if you choose, for your convenience, we will come right to your home and close your loan.
- From start to finish, we do all the paperwork for you. At AMC, there is never any application fee or obligation whatsoever.

**No matter what the situation** whether it's credit problems, employment issues, or even no employment at all, AMC is a leading lender in your community and has all the resources to meet your individual needs.

**YOU MAY ALSO APPLY ONLINE AT americanmoneycenters.com**

**We believe in old fashioned customer service** and we'll work diligently to earn your confidence and put you in the best possible financial situation. So make this 2 minute toll free call **1-800-993-5200** and start saving now.

Sincerely,

Jim Douglas

P.S

Jim Douglas
Vice President

*P.S. Don't wait until interest rates rise more, the time is NOW. Make this call and receive your*

FREE*
APPRAISAL
REPORT!

* Appraisal refund up to $300 on closed first mortgage loans only. ** Home loan interest is typically tax-deductible. Consult your tax advisor for further information. *** Payment based on a 30 year $193,800 loan amount with a fixed rate and an APR of 6.25%. This is a rate that was recently offered and may or may not reflect the interest rate on which loans are currently closed. Loan approval subject to borrower qualification, verification of homeownership, acceptable title, equity, income, and credit.

**PRESCREEN & OPT-OUT NOTICE**

This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria (including providing acceptable property collateral). If you do not want to receive prescreened offers of credit from this and other companies, call the consumer reporting agencies toll free at 1-888-5-OPT-OUT (1-888-567-8688) or write: Transunion, Name Removal Option, P.O. Box 97328, Jackson, MS 39288 • Experian Consumer OPT-OUT, 901 West Bond, Lincoln, NE 68521 • Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123