**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CYNTHIA A. DIXON, :

Plaintiff, :

Vs. : C.A. NO. 06-443ML

AMERICAN MONEY CENTERS,
INC., :

Defendant.

**STIPULATION**

The undersigned counsel hereby stipulate that the time for responding to Plaintiff's Complaint is hereby extended to November 30, 2006.

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III, # 2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – Facsimile

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, PC
Two Dexter Street
Pawtucket, RI 02860
PO Box 479 (Mailing Address)
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 – Facsimile