UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON :

VS : C.A. NO.: 06-443

AMERICAN MONEY CENTERS :
INC. :

## ENTRY OF APPEARANCE

I, Thomas J. Cronin, hereby enter my appearance on behalf of the defendant, American Money Centers Inc.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

## CERTIFICATION

I hereby certify that I e-mailed a copy of the within to Christopher M. Lefebvre, Esq., Claude F. Lefebvre and Christopher M. Lefebvre, P.C., Two Dexter Street, P.O. Box 479, Pawtucket, RI 02862 at lefeblaw@aol.com, on this 30th day of November, 2006.

/s/ Thomas J. Cronin