UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA A. DIXON | : | |
| VS | : | C.A. NO.: 06-443 |
| AMERICAN MONEY CENTERS INC. | : | |

**ANSWER OF DEFENDANT**

1. Defendant, American Money Centers Inc. ("AMC"), makes no response to the allegations contained in Paragraph 1 and leaves plaintiff to her proof of same.

2. Defendant, AMC, makes no response to the allegations contained in Paragraph 2 and leaves plaintiff to her proof of same.

3. Admit.

4. Defendant, AMC, makes no response to the allegations contained in Paragraph 4 and leaves plaintiff to her proof of same.

5. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 5 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

6. Deny.

7. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 7 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

8. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 8 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

9. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 9 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

10. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 10 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

11. Admit.

12. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 12 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

13. Deny.

14. Deny.

15. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 15 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

16. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 16 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

17. Admit.

18. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 18 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

19. Admit.

20. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 20 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

21. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 21 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

22. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 22 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

23. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 23 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

24. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 24 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

25. As to the allegations of recitation of statute, the defendant, AMC, makes no response and leaves the plaintiff to her proof of same.

26. As to the allegations of recitation of statute, the defendant, AMC, makes no response and leaves the plaintiff to her proof of same.

27. As to the allegations of recitation of statute, the defendant, AMC, makes no response and leaves the plaintiff to her proof of same.

28. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 28 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

29. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 29 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

30. Deny.

31. Deny.

32. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 32 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

33. Deny.

34. As to the allegations of recitation of statute, the defendant, AMC, makes no response and leaves plaintiff to her proof of same.

35. As to the allegations of recitation of statute, the defendant, AMC, makes no response and leaves plaintiff to her proof of same.

36. Defendant, AMC, makes no response to the allegations contained in Paragraph 36 and leaves the plaintiff to her proof of same.

37. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 37 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

38. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 38 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

39. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 39 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

40. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 40 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

41. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 41 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

42. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 42 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

43. Defendant, AMC, neither admits nor denies the allegations contained in Paragraph 43 of plaintiff's complaint but rather leaves plaintiff to her proof thereof.

WHEREFORE, defendant, AMC, demands judgment dismissing plaintiff's complaint together with costs.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim for which relief may be granted against this defendant.

2. Defendant denies that any act or omission on its part was the proximate cause of any damage to plaintiff.

3. Plaintiff's damages, if any, were caused by persons, firms or corporations for whom this defendant is not legally responsible.

4. Plaintiff's actions are barred by the applicable statute of limitations.

5. Defendant states that the plaintiff has failed to join a party or parties necessary for a just adjudication of this matter and has further omitted stating a reason for such failure.

Defendant, AMC, hereby demands a trial by jury and designates Thomas J. Cronin as trial counsel.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
Attorney for Defendant
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I e-mailed a copy of the within to Christopher M. Lefebvre, Esq., Claude F. Lefebvre and Christopher M. Lefebvre, P.C., Two Dexter Street, P.O. Box 479, Pawtucket, RI 02862 at lefeblaw@aol.com, on this 30th day of November, 2006.

/s/ Thomas J. Cronin