**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CYNTHIA A. DIXON, | : | |
| Plaintiff, | : | |
| Vs. | : | C.A. NO. 06-443ML |
| AMERICAN MONEY CENTERS, INC., | : | |
| Defendant. | | |

**ENTRY OF APPEARANCE**

I, Thomas A. Tarro, III, hereby enter my appearance on behalf of the Defendant, American Money Centers, Inc.

__/s/ Thomas A. Tarro, III_____________
Thomas A. Tarro, III, Esq. (#2046)
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East-Suite 330
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362

**CERTIFICATION**

I, the undersigned, hereby certify that on the 22nd day of January, 2007, mailed a true copy of the foregoing ***Entry of Appearance*** to:

Christopher M. Lefebvre, PC
Two Dexter Street
Pawtucket, RI 02860
PO Box 479 (Mailing Address)
Pawtucket, RI 02860

__/s/ Thomas A. Tarro, III__________