UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 01 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON :

VS : C.A. NO.: 06-443

AMERICAN MONEY CENTERS :
INC. :

**PRE-TRIAL ORDER**

A pre-trial conference was held on Thursday, January 25, 2007, before Chief Judge Lisi. After hearing from the parties, it is ordered that:

1. The defendant shall file its proposed motion for summary judgment on the issue of firm offer of credit by February 28, 2007.

2. The plaintiff shall have fourteen (14) days until Tuesday, March 13, 2007, to file a responsive pleading.

3. The defendant shall have ten (10) days until March 22, 2007, to file a reply brief if necessary.

By Order

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi
Chief Judge Mary Lisi
United States District Judge
Date: 2/1/07