UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CYNTHIA A. DIXON :

VS : C.A. NO.: 06-443

AMERICAN MONEY CENTERS :
INC. :

**DEFENDANT, AMERICAN MONEY CENTERS INC.'S,**
**MOTION FOR SUMMARY JUDGMENT**

Now comes the defendant, American Money Centers Inc. (hereinafter "American"), and respectfully moves this Court pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment. As grounds for the request, American states that the mailer attached to the complaint as Exhibit A is a firm offer of credit pursuant to the Fair Credit Reporting Act 15 U.S.C. 1681.

In support of its motion, American relies on the statement of facts and law contained in the accompanying memorandum, statement of undisputed facts, and affidavit of Kenneth Coscella.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
Attorney for Defendant
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for summary judgment was filed with the Clerk of the United States District Court for the District of Rhode Island this 28th day of February, 2007, and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Scott C. Borison, Esq.
Thomas A. Tarro, III, Esq.

/s/ Thomas J. Cronin____________________