UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA A. DIXON | : | |
| VS | : | C.A. NO.: 06-443 |
| AMERICAN MONEY CENTERS INC. | : | |

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

1. American Money Centers Inc. is a Rhode Island company (see affidavit of Kenneth Coscella).

2. American Money Centers Inc. is a lending company which makes mortgage based loans (see affidavit of Kenneth Coscella).

3. The only products or service of American Money Centers Inc. are mortgage based loans (see affidavit of Kenneth Coscella).

4. The document attached as Exhibit A to the complaint is a letter mailed on behalf of American Money Centers, Inc. to Cynthia Dixon on August 17, 2006 (see affidavit of Kenneth Coscella).

5. The document is an offer to refinance a mortgage on a home owned by the recipient, Cynthia A. Dixon, consistent with the information contained in the letter (see affidavit of Kenneth Coscella).

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
Attorney for Defendant
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing defendant's statement of undisputed facts was filed with the Clerk of the United States District Court for the District of Rhode Island this 28th day of February, 2007, and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Scott C. Borison, Esq.
Thomas A. Tarro, III, Esq.

/s/ Thomas J. Cronin