UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CYNTHIA A. DIXON | : | |
| VS | : | C.A. NO.: 06-443 |
| AMERICAN MONEY CENTERS INC. | : : | |

**AFFIDAVIT OF KENNETH COSCELLA**

Now comes Kenneth Coscella and makes affidavit under oath and says the following:

1. I, Kenneth Coscella, am the President of American Money Centers, Inc. of West Warwick, Rhode Island.

2. I have personal knowledge regarding the document attached as Exhibit A to the complaint in this matter and the operation of American Money Centers Inc.

3. American Money Centers Inc. is a Rhode Island mortgage based lending company.

4. The document attached as Exhibit A to the complaint in this matter was mailed by American Money Centers Inc. to Cynthia Dixon on August 17, 2006.

5. The document is an offer to refinance a mortgage of a home owned by the recipient.

6. The only product or service of American Money Centers, Inc. is mortgage based loans.

__________________________
Kenneth Coscella

Subscribed and sworn to before me on this 28th day of February, 2007.

Notary Public
My Commission Expires: 7/7/2010