**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **C.A. No. 06-443-ML** |
| **AMERICAN MONEY CENTERS INC.** | ) | |
| **Defendant** | ) | |
| | ) | |

**PLAINTIFF'S FEDERAL RULE 56(f) REQUEST**
**FOR DISCOVERY AND TO EXTEND TIME**

Plaintiff Cynthia A. Dixon hereby requests that the Court permit her to take the deposition of Kenneth Coscella, the President of American Money Centers, before filing here opposition to the Motion for Summary Judgment recently filed by the Defendant. The Plaintiff also requests that the Court extend the time for her to file her opposition to the Motion for Summary Judgment pending before the Court for an additional 45 days. A memorandum in support of this request is hereby attached and incorporated by reference.

**WHEREFORE**, Plaintiff prays that her Motion be granted and that the Court permit her to take the deposition of Kenneth Coscella and extend the response deadline for an additional 45 days from a ruling on this motion.

Respectfully submitted,

/s/Christopher M. Lefebvre
CHRISTOPHER LEFEBVRE, P.C
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
Lefeblaw@aol.com

**CERTIFICATION OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the above document with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Thomas J. Cronin at tcronin@gunninglafazia.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Not Applicable.

/s/Christopher M. Lefebvre

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **C.A. No. 06-443-ML** |
| **AMERICAN MONEY CENTERS INC.** | ) | |
| **Defendant** | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S FEDERAL RULE 56(f) REQUEST FOR DISCOVERY AND TO EXTEND TIME**

Plaintiff Cynthia A. Dixon states the following in support of her Motion:

1. On October 10, 2006, Plaintiff filed this class action complaint seeking relief on behalf of a putative class for alleged violations of the Fair Credit Reporting Act.

2. On January 25, 2007 the parties appeared for a Rule 16 Conference. During that conference defense counsel suggested that he would be filing a Motion for Summary Judgment. Based on that representation, the Court set a deadline for the filing of that motion. During the conference the undersigned did mention the possibility of seeking Rule 56(f) relief depending upon the statement of facts and other documentation proffered by the Defendant in support of it's Motion.

3. On February 28, 2007 the Defendant filed a Motion for Summary Judgment, A Statement of Undisputed Facts and an Affidavit of Kenneth Coscella, the President of the Defendant company. The affidavit of Mr. Coscella states that the mailer sent to Plaintiff " *is an offer to refinance a mortgage of a home owned by the recipient.*"

4. The Plaintiff has clearly alleged that the content of the mailer was not a firm offer of credit as defined by the Fair Credit Reporting Act.

5. The Defendant could have simply filed a Motion to Dismiss which would have allowed the Court to resolve the legal dispute by simply examining the four corners of the mailer. The Defendant has chosen to dispose of this matter via summary judgment proceedings. In light of this hotly disputed contention contained in the affidavit, the Plaintiff needs to take the deposition of Mr. Coscella before formulating her response to the Motion for Summary Judgement.

6. The granting of this request should not be prejudicial to the Defendant. The taking of Mr. Coscella's deposition will avoid the filing of a blanket Counter Statement of Disputed Facts on this issue making disposition via summary judgment inappropriate.

7. If the Court grants this request,[1] the undersigned will immediately speak with opposing counsel to schedule the deposition so as to avoid any further delay and or continuances.

/s/Christopher M. Lefebvre
CHRISTOPHER LEFEBVRE, P.C
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
Lefeblaw@aol.com

[1] If the Court denies this request, Plaintiff's counsel requests an additional 10 days to file her opposition.

## CERTIFICATION OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed the above document with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Thomas J. Cronin at tcronin@gunninglafazia.com; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Not Applicable.

/s/Christopher M. Lefebvre