**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-443-ML** |
| **AMERICAN MONEY CENTERS INC.** | ) | |
| **Defendant** | ) | |
| | ) | |

**PLAINTIFF'S FEDERAL RULE 56(f) REQUEST**
**FOR DISCOVERY AND TO EXTEND TIME**

Plaintiff Cynthia A. Dixon hereby requests that the Court permit her to take the deposition of Kenneth Coscella, the President of American Money Centers, before filing here opposition to the Motion for Summary Judgment recently filed by the Defendant. The Plaintiff also requests that the Court extend the time for her to file her opposition to the Motion for Summary Judgment pending before the Court for an additional 45 days. A memorandum in support of this request is hereby attached and incorporated by reference.

**WHEREFORE**, Plaintiff prays that her Motion be granted and that the Court permit her to take the deposition of Kenneth Coscella and extend the response deadline for an additional 45 days from a ruling on this motion.

Respectfully submitted,

Granted.
Mary M. Lisi
USDJ 4/3/07

/s/Christopher M. Lefebvre
CHRISTOPHER LEFEBVRE, P.C
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
Lefeblaw@aol.com