**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CYNTHIA A. DIXON** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **C.A. No. 06-443-ML** |
| **AMERICAN MONEY CENTERS INC.** | ) | |
| **Defendant** | ) | |
| | ) | |

## UNOPPOSED MOTION TO DISMISS

Now comes the Plaintiff in the above entitled matter, pursuant to Federal Rule of Civil Procedure 41 (a)(2), and requests that the Court dismiss her complaint against the Defendant, American Money Centers Inc. The Defendant does not oppose this request.

Cynthia A. Dixon
By her attorney,

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

## CERTIFICATION OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the Unopposed Motion to Dismiss with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Thomas Cronin and Thomas Tarro.

/s/ Christopher M. Lefebvre